JOHN E. PEER - State Bar No. 95978
jpeer@wpdslaw.com
KATY A. NELSON - State Bar No. 173759
jmontoya@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Defendant
Williamsburg National Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & J HEAVY HAUL, INC., a California corporation; GORDON BARRETT ARCHER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMSBURG NATIONAL INSURANCE COMPANY, a Michigan company,,<br><br>Defendants. | Case No.: 8:20−cv−00657 JVS (ADSx)<br><br>**JUDGMENT**<br><br>Date:                February 8, 2021<br>Time:                1:30 pm<br>Ctrm:                10C<br><br>Filing Date:         Dec. 2, 2019<br>Trial Date:          June 29, 2021<br>Discovery Cut-off: March 15, 2021<br>Motion Cut-off:    May 10, 2021 |

After consideration of the papers in support of and in opposition to defendant Williamsburg National Insurance Company's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, this court orders summary judgment in favor of defendant.

DATED:  February 26, 2021      By:     */s/ James V Selna*

United States District Judge
James V Selna

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

CASE NO : 8:20−CV−00657 JVS (ADSX)
[PROPOSED] JUDGMENT

797098.1